UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-60631-SMITH/REID

MARCUS JONES,

    Plaintiffs,

v.

RARE CHAMPAGNES LLC, *et al.*,

    Defendants

_____/

### REPORT AND RECOMMENDATION ON THE PARTIES' JOINT MOTION FOR SETTLEMENT APPROVAL

This matter is before the Court on Plaintiff's Motion for Approval of the Parties' Settlement Agreement. [ECF No. 28]. Judge Rodney Smith referred the matter to me for a report and recommendation. [ECF No. 9]. Having reviewed the motion and conducted a fairness hearing, the Court recommends **APPROVING** the Parties' Settlement Agreement and **GRANTING** the Parties' Joint Motion. [ECF No. 28]. The Court finds that the settlement is "a fair and reasonable resolution of a bona fide dispute." *Lynn's Food Stores, Inc. v. United States Dep't of Labor*, 679 F.2d 1350, 1353 (11th Cir. 1982). The Court further recommends that attorney's fees and costs be paid as provided for in the Parties' Settlement Agreement.

**DONE AND ORDERED** this 8th day of February 2024.

_____
LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE