**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  23-60631-CIV-SMITH**

MARCUS JONES,

      Plaintiff

vs.

RARE CHAMPAGNES LLC, *et al.*,

      Defendants.

_____/

**ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE**

This matter is before the Court upon the Magistrate Judge's Report and Recommendation on the Parties' Joint Motion for Settlement Approval [DE 32], in which the Magistrate Judge recommends granting the parties' Motion to Approve Settlement [DE 28].  No objections have been filed.  Having reviewed, *de novo*, the Report and Recommendation and the record, and given that there are no objections, it is

      **ORDERED** that:

      1)    Magistrate Judge's Report and Recommendation on the Parties' Joint Motion for Settlement Approval [DE 32] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

      2)    The parties' Motion to Approve Settlement [DE 28] is **GRANTED.**

      3)    All pending motions are **DENIED as moot.**

      4)    The Court shall retain jurisdiction to enforce the terms of the parties' settlement agreement until **July 31, 2024.**

      5)    This case is **DISMISSED with prejudice.**

6)      This case is **CLOSED.**

**DONE and ORDERED** in Fort Lauderdale, Florida, this 20th day of March, 2024.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc:  All counsel of record